# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/2/01  4:30 pm

WALTER A.Y.H. CHINN, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 00-00183DAE-BMK |
| CASE NAME: | USA v. 13 Hipolito LNU aka Poli (Hipolito Vargas Lopez) |
| ATTYS FOR PLA: | Thomas Muehleck |
| ATTYS FOR DEFT: | 13 Stuart Fujioka |
| INTERPRETER: | 13 Patricia Harpstrite |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6 tape |
| DATE: | 3/2/01 | TIME: | 11:26 - 11:30 |

COURT ACTION: EP: A & P as to 13 Hipolito - deft present. Deft sworn to Financial Affidavit. Oral M/Court Appt Atty GRANTED.

Interpreter Patricia Harpstrite previously sworn.

Per Stuart Fujioka, the person appearing before the court is not Hipolito. Thomas Muehleck agrees. This person will be released to an INS agent, as he is an illegal alien.

Submitted by Richlyn Young, Courtroom Deputy